1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BENJAMIN TOLKOFF (CABN 288816)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
7        FAX: (415) 436-6982
         Benjamin.Tolkoff@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CR 13-0241 RS
14                                      )
           Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
15                                      )  SCHEDULING EVIDENTIARY HEARING ON
       v.                               )  DEFENDANT'S MOTION TO SUPPRESS
16                                      )
   ALJANON HENRY,                       )
17                                      )
           Defendant.                   )
18 _____ )

19
           On October 15, 2013, the parties appeared before the Court and presented argument on the
20
   defendant's motion to suppress. The Court ordered an evidentiary hearing on the issue of whether the
21
   officers who arrested Mr. Henry had reasonable suspicion to stop him on February 13, 2013.
22
           The parties request that the evidentiary hearing be scheduled for January 10, 2014 at 9:00 a.m.
23
   //
24

25

26

27

28

STIP. & [PROP.] ORDER SCHED. EVID. HRNG.
CR 13-0241 RS

1 | SO STIPULATED.

2 | Dated: December 8, 2013.                    MELINDA HAAG
                                                United States Attorney

                                                /s/
                                                _____
                                                BENJAMIN TOLKOFF
                                                Assistant United States Attorney

Dated: December 8, 2013.

                                                /s/
                                                _____
                                                EDWARD HU
                                                Attorney for ALJANON HENRY

The evidentiary hearing ordered by the Court on October 15, 2013 is hereby scheduled for January 10, 2014 at 9:00 a.m.

SO ORDERED.

Dated: December 9 , 2013.

                                                _____
                                                HONORABLE RICHARD SEEBORG
                                                United States District Court Judge

STIP. & [PROP.] ORDER SCHED. EVID. HRNG.
CR 13-0241 RS