STEVEN G. KALAR
Federal Public Defender
EDWARD J. HU (CABN: 260421)
Assistant Federal Public Defender
19th Floor - Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Email: edward_hu@fd.org

Counsel for Defendant Aljanon HENRY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALJANON HENRY,<br><br>    Defendant. | CR 13-0241 RS<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING FROM JANUARY 10, 2014, TO JANUARY 24, 2014; [PROPOSED] ORDER**<br><br>DATE:   January 10, 2014<br>TIME:   2:30 p.m. |

I.     INTRODUCTION

The parties are presently set for what is believed to be a case dispositive motion hearing on January 10, 2014, at 2:30 p.m., before this Court. In preparation for the hearing, the defense and government have met and conferred several times regarding defense-requested discovery. The government agreed to supply the discovery and made the appropriate requests several weeks ago. The parties were recently informed that the requested materials would be disclosed some time during the week of December 30, 2013. Based on the timing of the disclosure and the

//

//

//

Stip. to Cont. Evid. Hrg.; [Prop.] Order
*U.S. v. HENRY*; CR 13-0241 RS

1  defense work which necessarily takes place after the disclosure, the parties are stipulating to a

2  two-week continuance of the evidentiary hearing to **January 24, 2014, at 2:30 p.m.**

3              Respectfully submitted,

4              STEVEN G. KALAR
            Federal Public Defender

5  Dated: December 30, 2013      /s/

6              EDWARD J. HU
            Assistant Federal Public Defender

8  Dated: December 30, 2013      /s/
            BENJAMIN TOLKOFF

9              Assistant United States Attorney

12  **[PROPOSED] ORDER**

13  Based on the stipulation of the parties, and good cause therefore, IT IS HEREBY

14  ORDERED that the evidentiary hearing, presently set for January 10, 2014, at 2:30 p.m., be

15  continued to January 24, 2014, at 2:30 p.m.

16  IT IS SO ORDERED.

18  Dated: __1/2_____, ~~2013~~ 2014

            RICHARD SEEBORG
19              United States District Judge