1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7296

7 | FAX: (415) 436-6982
Benjamin.Tolkoff@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,      )   NO. CR 13-241 RS
                                 )   ORDER
      Plaintiff,                 )   ~~NOTICE~~ OF DISMISSAL
15                               )
      v.                         )
16                               )
      ALJANON HENRY,             )
17                               )
      Defendant.                 )
18 _____ )

19

20   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above indictment without prejudice.

22 DATED:                                         Respectfully submitted,

23                                                MELINDA HAAG
                                                  United States Attorney
24
                                                  /s/ J. Douglas Wilson
25
                                                  J. DOUGLAS WILSON
26                                                Chief, Criminal Division

27

28

NOTICE OF DISMISSAL (CR 13-241 RS)

Leave is granted to the government to dismiss the indictment.

Date: 6/19/14

*[signature]*

HONORABLE RICHARD SEEBORG
United States District Judge